**ORRICK, HERRINGTON & SUTCLIFFE LLP**
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:   +1 415 773 5759

JONATHAN J LIU (SBN 328955)
jonathanliu@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-
Telephone:  +1 415 773 5700

Attorneys for Plaintiff
Williams-Sonoma, Inc.

**LEXANALYTICA, PC**
PERRY J. NARANCIC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
Telephone:  650.655.2800

Email:  pjn@lexanalytica.com

Attorneys for Defendant
VZ Design Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Williams-Sonoma, Inc., <br><br>                    Plaintiff, <br><br>     v. <br><br> VZ Design Inc., <br><br>                    Defendant. | Case No. 3:24-cv-7992-LJC <br><br> **ORDER FOR ENTRY OF CONSENT DECREE** <br><br> Hon. Lisa J. Cisneros |

1. The Court has subject-matter jurisdiction pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 (Federal Question Jurisdiction), 1367 (Supplemental Jurisdiction), and 1338(a)-(c) (Trademark, Copyright, and Unfair Competition Jurisdiction) over this action and personal jurisdiction over the parties.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Plaintiff Williams-Sonoma, Inc.'s ("WSI") claims occurred in this judicial district.

3. Judgment in the amount of $15,000 USD is hereby entered against VZ Design Inc. ("VZ Design") and in favor of WSI.

4. Any other claim to monetary relief by either party, including any attorneys' fees or costs, is expressly waived.

5. Pursuant to WSI's and VZ Design's (collectively, the "Parties") stipulation for entry of a consent decree, VZ Design and all other individuals who are described in Federal Rule of Civil Procedure 65(d)(2), including all of VZ Design's parents, subsidiaries, affiliates, agents, officers, employees, servants, representatives, successors, assigns, and attorneys, and all other persons acting for, with, by, through or under authority from VZ Design and expressly excluding VZ Design's customers or clients (collectively, the "Prohibited Parties"), are hereby PERMANENTLY ENJOINED AND RESTRAINED to the full extent permissible by law as follows:

    a. The Prohibited Parties are immediately and permanently enjoined from the use in commerce of any mark or phrase consisting of, containing, or comprising the phrase "West Elm" in any manner that may cause consumer confusion, including but not limited to, using the phrase "West Elm" in connection with the offering of goods or services in any manner that may cause consumer confusion.

    b. Notwithstanding subparagraph (a), the Prohibited Parties may use the word "West Elm" as it is used in normal language so long as the

use is not a trademark use and is not made in connection with the offering of goods or services.

c. The Prohibited Parties are immediately and permanently enjoined from violating any of the exclusive rights in 17 U.S.C. § 106 that WSI possess for U.S. Copyright Registration Nos. TX0009360436, TX0009360447, and TX0008705893 (the "WSI Copyrights").

d. The Prohibited Parties are immediately and permanently enjoined from selling or offering to sell any West Elm-branded products without WSI's express written consent.

e. The Prohibited Parties agree to immediately destroy any unauthorized copies of WSI intellectual property, including but not limited to the copyrighted images identified in the Complaint in this action.

f. Should WSI identify a violation of this injunction, it shall first notify VZ Design in writing of the breach by U.S. mail or any other means that the parties agree in writing, and if VZ Design cures the violation within 15 business days then the violation shall be excused.

6. Each party shall pay its own attorneys' fees and costs.

7. This Court retains continuing jurisdiction for purposes of enforcement of the consent decree and the parties agree to submit to the Court's jurisdiction for those purposes. If any violation occurs, the Court shall award (a) an amount the Court deems adequate to compensate WSI for such violation; (b) injunctive relief enjoining any further violation of this Order, or such modifications to the present Order as the Court deems appropriate; (c) reasonable attorneys' fees, costs and disbursements, as determined by the Court; and (d) such other relief as the Court deems just and proper.

8. The Parties expressly waive all rights to further appeals or to otherwise challenge or contest the validity of this or any other order in this case.

1  9.  In all other respects, this action is dismissed with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED AND JUDGMENT IS ENTERED.**

Dated: March 3, 2025

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE