UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VZ DESIGN INC.,<br><br>    Defendant. | Case No. 24-cv-07992-LJC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 16 |

Pursuant to the parties' Stipulation, IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $15,000.

Dated: March 3, 2025

Mark Busby, Clerk

By: _/s/ Brittany Sims_
 Brittany Sims
 Deputy Clerk